# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnson, William P. | District Court - New Mexico | 08/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U. S. District Court
333 Lomas Blvd., NW, #640
Albuquerque, NM 87102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Conservator | Estate #1 |
| 2. | Board Member, Vice President of Programs, Council Commissioner | Great Southwest Council, Boy Scouts of America |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | NM State Employees Pension Fund; pension at age 64; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Johnson, William P. | 08/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2011 | UNM Law School - teaching | $2,656.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2011 | State of New Mexico, retirement pension |
| 2. 2011 | Self employed consultant in the juvenile justice field |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | AMI-Kids, Inc. (a non-profit entity) | Oct. 13-16, 2011 | Tampa, FL | Presenter on Native American juveniles in the federal court system. | transportation, meals and hotel |
| 2. | Association on American Indian Affairs (AAIA) | Nov. 15, 2011 | Denver, CO | Alternatives to detention for Native Amer. juveniles for tribal, state and fed. cts. | transportation, meals and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Credit Card | credit card/unsecured loan | J |
| 2. | Ed Financial | Student loan | J |
| 3. | NM Bank & Trust | unsecured line of credit | K |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (checking accounts) | D | Interest | J | T | | | | | |
| 2. NFS/FMTC, (IRA custodian) | A | Dividend | L | T | | | | | |
| 3. --Prime Capital Reserves Fund (money market) | | | | | | | | | |
| 4. --Apache Corp com stock | | | | | Sold (part) | 01/19/11 | J | B | |
| 5. | | | | | Sold (part) | 04/21/11 | J | A | |
| 6. --Chevron Corp com stock | | | | | Sold (part) | 04/21/11 | J | A | |
| 7. --Coca Cola com stock | | | | | | | | | |
| 8. --Currency Shares Australian DLR TR | | | | | Buy | 04/21/11 | J | | |
| 9. | | | | | Sold | 08/15/11 | J | A | |
| 10. --EMC Corp com stock | | | | | Buy | 02/14/11 | J | | |
| 11. | | | | | Sold | 04/21/11 | J | | |
| 12. --Exxonmobile com stock | | | | | Sold | 08/09/11 | J | A | |
| 13. --Ford Motor Co. com stock | | | | | Sold (part) | 01/19/11 | J | B | |
| 14. | | | | | Sold | 03/15/11 | J | B | |
| 15. --Freeport McMoran Inc. com stock | | | | | Sold (part) | 04/21/11 | J | A | |
| 16. --Ishares Silver TR | | | | | Buy | 04/21/11 | J | | |
| 17. --Internat'l Finance Corp IFC bonds | | | | | Buy | 07/25/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Molycorp Inc com stock | | | | | Buy | 02/14/11 | J | | |
| 19. | | | | | Sold (part) | 04/21/11 | J | A | |
| 20. --Peabody Ener. com. stock | | | | | Sold (part) | 01/19/11 | J | A | |
| 21. | | | | | Sold (part) | 04/21/11 | J | A | |
| 22. --Pfizer Inc com stock | | | | | Sold | 04/21/11 | J | A | |
| 23. --Powershares DB Multi Sector Commodity TR | | | | | Buy | 04/21/11 | J | | |
| 24. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 25. | | | | | Sold | 10/13/11 | J | | |
| 26. --Proctor & Gamble c.stock | | | | | Sold (part) | 04/21/11 | J | A | |
| 27. --Proshares R Shrt Russell 2000 | | | | | Buy (add'l) | 07/08/11 | J | | |
| 28. | | | | | Sold | 11/02/11 | J | | |
| 29. --Proshares Tr Short Dow 30 Proshares | | | | | | | | | |
| 30. --Proshares Tr Short S&P 500 Proshares | | | | | Sold | 01/29/10 | J | A | |
| 31. --Streettracks Gold TR SHS (GLD) | | | | | | | | | |
| 32. --SPDR SER TR DB Int Govt Inflat Protected | | | | | Buy | 04/21/11 | J | | |
| 33. --Vodophone Corp com stock | | | | | Buy | 02/14/11 | J | | |
| 34. | | | | | Sold | 07/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Custodial Account #1 | | | | | | | | | |
| 36.   --American Cent. Select Fund | A | Dividend | J | T | Redeemed (part) | 12/15/11 | J | | |
| 37.   Estate #1 (Conservatorship) | D | Rent | N | W | Closed | 05/20/11 | J | | Probate Estate |
| 38.   --Bank of America (various accounts) | | | | | | | | | |
| 39.   --Rental Property #1, Albuquerque, NM | | | | | | | | | |
| 40.   --Real Estate Contract | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1: Court appointed Conservator for elderly, disabled family member. No compensation. On April 23, 2011, elderly family member died which resulted in a termination of the Conservatorship under New Mexico state law. As referenced below regarding Part VII, assets in the conservatorship were transferred to the Probate Estate for distribution in accordance with the decedent's will.

Part III(B), Line 2:        juvenile justice consulting work ended 3/31/2011.

Part VII, Investments and Trusts:

--Lines 35-36: Custodial Account was an account established under NM's Uniform Gift to Minors Act at time of     birth. Partial redemption in Dec. 2011 was for     educational use. Since child had attained age of majority as of Dec. 2011, custodial arrangement was ended and account name was placed in name of     who is now an adult and the owner of the account. This custodial account will not appear on 2012 FDR.

--Lines 37-40: On April 23, 2011, the elderly family member for whom the Conservatorship was established died which resulted in the termination of the Conservatorship under state law. All assets of the Conservatorship (Bank of America Accounts, Line 38; Rental Property #1, Line 39; and Real Estate contract, Line 40) became assets of the Probate Estate in accordance with the decedent's will. However, the Personal Representative named under the decedent's will had to file a probate case in state court, get appointed by the state court and open a probate account before transfer of the referenced assets could occur, which occurred on or about May 20, 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William P. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544